# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00950-RM-NYW

**RENASANT BANK,** a Mississippi Corporation,

    Plaintiff,

v.

**NORTHPOINTE BANK, INC.**, a Michigan Corporation; **TODD CRANE**, an individual; and **ROBERT SYLVIA**, an individual

    Defendants.

## DEFENDANTS CRANE AND SYLVIA'S MOTION FOR ENTRY OF MONEY JUDGMENT FOR ATTORNEYS' FEES AND EXPENSES

Pursuant to Fed. R. Civ. P. 54 and D.C.COLO.LCivR 54.3, individual defendants Todd Crane and Robert Sylvia (together, "Individual Defendants") move the Court for a judgment awarding attorneys' fees and expenses incurred in their defense of this lawsuit. In support thereof, Individual Defendants states as follows:

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1

Counsel for Individual Defendants has conferred with counsel for Plaintiff Renasant Bank ("Renasant") about the relief requested herein. Renasant does not consent to the relief requested by Individual Defendants in this motion.

### INTRODUCTION

Pursuant to this Court's Order granting Individual Defendants summary judgment on Renasant's claims against them (Doc. 74, p. 10) and based on the underlying Release Agreements

between Individual Defendants and Renasant (ECF Nos. 20-1, ¶ 7(d); 20-2, ¶ 7(d)), Renasant is obligated to pay Individual Defendants' attorneys' fees and costs incurred in defending this lawsuit, which total $60,976.90 (including $55,051.00 in attorneys' fees and $5,925.90 in costs).

**A.     Amount of fees requested**.

"In calculating a reasonable fee to be awarded, the Court applies the familiar 'lodestar' analysis. … In doing so, the Court makes an initial, or 'lodestar,' calculation by multiplying a reasonable hourly rate by the number of hours reasonably expended by the attorney(s) on the case. … Typically, the lodestar figure represents the appropriate amount of fees to be awarded; adjustments to the lodestar figure are made only in unusual circumstances." *Meadows at Buena Vista, Inc. v. Arkansas Valley Pub. Co.*, No. 10-CV-02871-MSK-KMT, 2012 WL 4442737, at *5 (D. Colo. Sept. 26, 2012) (citations omitted); *Ramos v. Lamm*, 713 F.2d 546 (10th Cir. 1983) (describing a three-step process to determine attorneys' fees), *overruled on other grounds by Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 483 U.S. 711 (1987).

Individual Defendants request a total fee award of $60,976.90 (including $55,051.00 in attorneys' fees and $5,925.90 in costs) in connection with the defense of the action against them, including fees and costs incurred in preparing their Answer to Renasant's Complaint and counterclaim for declaratory judgment (ECF No. 23), initial court-mandated discovery conferences,  preparing their Motion to File a Motion for Judgment on the Pleadings and Preserve Their Subsequent Right to Move for Summary Judgment (ECF No. 24) and Reply in support of same (ECF No. 35), preparing their Motion to Stay Discovery Pending Resolution of Proposed Dispositive Motions (ECF No. 56), and preparing their Motion for Summary Judgment (ECF No. 62) and Reply in support thereof (ECF Nos. 69, 70).

2
FPDOCS 35719971.2

In support of their request, Defendants submit herewith the affidavits of their attorneys in this matter, Darin Mackender (**Exhibit A**), Michael Elkon (**Exhibit B**), David C. Roth (**Exhibit C**), Corey Goerdt (**Exhibit D**), and Sade Tidwell (**Exhibit E**).

### 1. *Darin Mackender*

Mr. Mackender is a partner with Fisher & Phillips LLP, a national labor and employment law firm. He is a member in good standing of the state bars of Colorado and Nebraska, this Court, the United States District Court for the District of Nebraska, and numerous federal appellate courts, and has more than 20 years of experience in employment law and litigation, including litigating breach of contract, duty of loyalty, and other similar claims.

Mr. Mackender's hourly rate for legal services is $495. Based on his experience, that rate is a usual and customary rate that would be charged by attorneys of similar experience and expertise in this jurisdiction.

Mr. Mackender provided a total of 10.1 hours of legal services in connection with Individual Defendants' defense of this lawsuit. Below is summary of those legal services:

| **Summary of Services** | Total Hours | Fees |
|---|---|---|
| Preparation of Answer, Counterclaim, and Initial Disclosures, including investigation of claims and development of strategy for responding to same. | 4.3 | $2,128.50 |
| Prepare for, attend, and prepare filings relating to court-mandated discovery conferences. | 2.2 | $1,089.00 |
| Prepare Motion to File a Motion for Judgment on the Pleadings and Preserve Individual Defendants' Subsequent Right to Move for Summary Judgment (ECF No. 24) and Reply in support of same (ECF No. 35). | .5 | $247.50 |
| Prepare Motion to Stay Discovery Pending Resolution of Proposed Dispositive Motions (ECF No. 56). | 1.6 | $792.00 |
| Prepare Motion for Summary Judgment (ECF No. 62) and Reply in support thereof (ECF Nos. 69, 70). | 1.4 | $693.00 |
| Address document production and eDiscovery issues. | .1 | $49.50 |

A detailed billing statement is attached to Mr. Mackender's affidavit.

In determining the above amounts, Mr. Mackender has made a good faith effort to exclude hours that are excessive, redundant, or otherwise unnecessary.

## 2. *Michael Elkon*

Mr. Elkon is a partner with Fisher & Phillips LLP, a national labor and employment law firm. He is a member in good standing of the state bars of Georgia, Florida, this Court, and numerous federal appellate courts, and has 19 years of experience in employment law and litigation. Mr. Elkon specializes in handling employment-related litigation and counseling for employers. His sub-specialty is handling restrictive covenant, trade secret, and fiduciary duty cases, such as this case. He has significant experience in his sub-specialty and regularly litigates and counsels clients in this area, as well as writing articles and making speeches regarding restrictive covenant, trade secret, and fiduciary duty issues.

Mr. Elkon's hourly rate for legal services is $410. Based on his experience, that rate is a usual and customary rate that would be charged by attorneys of similar experience and expertise in this jurisdiction.

Mr. Elkon provided a total of 45.2 hours of legal services in connection with Individual Defendants' defense of this lawsuit. Below is summary of those legal services:

| **Summary of Services** | **Total Hours** | **Fees** |
|---|---|---|
| Preparation of Answer, Counterclaim, and Initial Disclosures, including investigation of claims and development of strategy for responding to same. | 12.8 | $5,248.00 |
| Prepare for, attend, and prepare filings relating to court-mandated discovery conferences. | 5.7 | $2,337.00 |
| Prepare Motion to File a Motion for Judgment on the | 9.9 | $4,059.00 |

4

| Summary of Services | Total Hours | Fees |
|---|---|---|
| Pleadings and Preserve Individual Defendants' Subsequent Right to Move for Summary Judgment (ECF No. 24) and Reply in support of same (ECF No. 35). | | |
| Prepare Motion to Stay Discovery Pending Resolution of Proposed Dispositive Motions (ECF No. 56). | 1.1 | $451.00 |
| Prepare Motion for Summary Judgment (ECF No. 62) and Reply in support thereof (ECF Nos. 69, 70). | 14.4 | $5,904.00 |
| Address document production and eDiscovery issues. | 1.3 | $533.00 |

A detailed billing statement is attached to Mr. Elkon's affidavit.

In determining the above amounts, Mr. Elkon has made a good faith effort to exclude hours that are excessive, redundant, or otherwise unnecessary.

### 3. *David C. Roth*

Mr. Roth is an associate with Fisher & Phillips LLP, a national labor and employment law firm. He is a member in good standing of the State Bar of Colorado and this Court. He has specialized in employment law and litigation since joining Fisher & Phillips in 2016.

Mr. Roth's hourly rate for legal services is $290. Based on his experience, that rate is a usual and customary rate that would be charged by attorneys of similar experience and expertise in this jurisdiction.

Mr. Roth provided a total of 11.9 hours of legal services in connection with Individual Defendants' defense of this lawsuit. Below is summary of those legal services:

| Summary of Services | Total Hours | Fees |
|---|---|---|
| Preparation of Answer, Counterclaim, and Initial Disclosures, including investigation of claims and development of strategy for responding to same. | 2.4 | $696.00 |
| Prepare for, attend, and prepare filings relating to court-mandated discovery conferences. | 7.2 | $2,088.00 |

5

| Summary of Services | Total Hours | Fees |
|---|---|---|
| Prepare Motion to Stay Discovery Pending Resolution of Proposed Dispositive Motions (ECF No. 56). | .8 | $232.00 |
| Prepare Motion for Summary Judgment (ECF No. 62) and Reply in support thereof (ECF Nos. 69, 70). | 1.1 | $319.00 |
| Address document production and eDiscovery issues. | .4 | $116.00 |

A detailed billing statement is attached to Mr. Roth's affidavit.

In determining the above amounts, Mr. Roth has made a good faith effort to exclude hours that are excessive, redundant, or otherwise unnecessary.

*4. Corey Goerdt*

Mr. Goerdt is an associate with Fisher & Phillips LLP, a national labor and employment law firm. He is a member in good standing of the state bar of Georgia, this Court, the United States District Court for the Northern District of Georgia, the United States Court of Appeals for the Eleventh Circuit, and has been litigating employment law actions including breach of contract, duty of loyalty, and other similar claims, since he graduated from the University of Georgia School of Law in 2015.

Mr. Goerdt's hourly rate for legal services is $315. Based on his experience, that rate is a usual and customary rate that would be charged by attorneys of similar experience and expertise in this jurisdiction.

Mr. Goerdt provided a total of 84.90 hours of legal services in connection with Individual Defendants' defense of this lawsuit. Below is summary of those legal services:

| Summary of Services | Total Hours | Fees |
|---|---|---|
| Preparation of Answer, Counterclaim, and Initial Disclosures, including investigation of claims and development of strategy for responding to same. | 25.4 | $8,001.00 |

| Summary of Services | Total Hours | Fees |
|---|---|---|
| Prepare for, attend, and prepare filings relating to court-mandated discovery conferences. | 8.4 | $2,646.00 |
| Prepare Motion to File a Motion for Judgment on the Pleadings and Preserve Individual Defendants' Subsequent Right to Move for Summary Judgment (ECF No. 24) and Reply in support of same (ECF No. 35). | .4 | $126.00 |
| Prepare Motion to Stay Discovery Pending Resolution of Proposed Dispositive Motions (ECF No. 56). | 6.6 | $2,079.00 |
| Prepare Motion for Summary Judgment (ECF No. 62) and Reply in support thereof (ECF Nos. 69, 70). | 35.5 | $11,182.50 |
| Address document production and eDiscovery issues. | 1.7 | $535.50 |
| Draft Motion for Money Judgment of Attorneys' Fees and affidavits in support thereof. | 6.9 | $2,173.50 |

A detailed billing statement is attached to Mr. Goerdt's affidavit.

In determining the above amounts, Mr. Goerdt has made a good faith effort to exclude hours that are excessive, redundant, or otherwise unnecessary.

5. *Sadé Tidwell*

Ms. Tidwell is an associate with Fisher & Phillips LLP, a national labor and employment law firm. She is a member in good standing of the state bar of Georgia and the United States District Court for the Northern District of Georgia, and has been litigating employment law actions including breach of contract, duty of loyalty, and other similar claims, since she graduated from the Howard University School of Law in 2017.

Ms. Tidwell's hourly rate for legal services is $265. Based on her experience, that rate is a usual and customary rate that would be charged by attorneys of similar experience and expertise in this jurisdiction.

Ms. Tidwell provided a total of 5 hours of legal services in connection with Individual Defendants' defense of this lawsuit, including legal research relating to basis for Renasant's claims

7

and Individual Defendants' defenses. A detailed billing statement is attached to Ms. Tidwell's affidavit.

In determining the above amounts, Ms. Tidwell has made a good faith effort to exclude hours that are excessive, redundant, or otherwise unnecessary.

### 6. *Costs/Expenses*

The Release Agreements specifically provide that Renasant, as the breaching party, "shall pay all costs," in addition to attorneys' fees. (ECF Nos. 20-1, ¶ 7(d); 20-2, ¶ 7(d).) Individual Defendants incurred a total of $432.00 court costs, $4,607.36 electronic discovery costs, $855.94 Westlaw costs, and $30.60 Pacer costs.[1] These charges were reasonable under the circumstances. *See* Exhibit B, Elkon Affidavit, ¶ 9.

## CONCLUSION

WHEREFORE, for the reasons stated above, Individual Defendants respectfully request that the Court award $60,976.90 (including $55,051.00 in attorneys' fees and $5,925.90 in costs) in connection with Individual Defendants' defense of this action, which Renasant brought against its former employees in a blatant breach of Renasant's obligations under the Release Agreements it signed with Individual Defendants. As this Court has recognized, the Release Agreements require a breaching party – Renasant, in this case – to compensate the other party for any attorneys' fees and costs arising from the breach.

---

[1] Individual Defendants are separately filing a Bill of Costs in support of their request for costs, which includes requests for court costs, electronic discovery costs, Westlaw charges, and Pacer charges. To the extent that electronic discovery and Westlaw charges are not appropriately included in a Bill of Costs, Individual Defendants request that these costs be awarded pursuant to their agreement with Renasant and this Court's Summary Judgment Order.

8

Dated this 15th day of July, 2019.

                                        Respectfully submitted,

**FISHER & PHILLIPS LLP**

/s/ *Michael P. Elkon*
Michael P. Elkon
Corey J. Goerdt
1075 Peachtree Street, NE, Suite 3500
Atlanta, GA 30309
Telephone: (404) 231-1400
Facsimile: (404) 240-4249
melkon@fisherphillips.com
cgoerdt@fisherphillips.com

Darin Mackender
David C. Roth
1801 California Street, Suite 2700
Denver, CO 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
dmackender@fisherphillips.com
droth@fisherphillips.com

***ATTORNEYS FOR DEFENDANTS***
***ROBERT SYLVIA AND TODD CRANE***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 15th day of July, a true and correct copy of the foregoing **INDIVIDUAL DEFENDANTS' MOTION FOR ENTRY OF MONEY JUDGMENT FOR ATTORNEYS' FEES AND EXPENSES** was served via this Court's electronic filing system, which will cause a copy of same to be served on the following counsel of record:

    Roger G. Trim
    Steven R. Reid
    Ogletree, Deakins, Nash, Smoak & Steward, P.C.
    1700 Lincoln Street, Suite 4650
    Denver, CO 80203
    roger.trim@ogletreedeakins.com
    steven.reid@ogletreedeakins.com

*ATTORNEYS FOR PLAINTIFF RENASANT BANK*

Maria L. Kreiter
Nina Beck
Godfrey & Kahn, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
mkreiter@gklaw.com
nbeck@gklaw.com

John M. Husband
Bradford J. Williams
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, Colorado 80202-3979
jhusband@hollandhart.com
bjwilliams@hollandhart.com

*ATTORNEYS FOR DEFENDANT NORTHPOINTE BANK*

/s/ *Michael P. Elkon*
Michael P. Elkon